UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAMANTE STANSBERRY,

                Plaintiff,

-against-

MESSIAH NEAL; ORANGE COUNTY JAIL,

                Defendants.

24cv2227 (LTS)

CIVIL JUDGMENT

For the reasons stated in the January 27, 2025, order, this action is dismissed. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith and, therefore, *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated: February 3, 2025
       New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                     Chief United States District Judge